UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| GREGORY A. AUSTIN,<br><br>   Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>   Defendant. | Case No. 15-cv-00516-LB<br><br>**REFERRAL TO DETERMINE RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), this case is referred to the Honorable Elizabeth D. Laporte to consider whether it is related to *Austin v. State of California*, 15-cv-00504-EDL.

**IT IS SO ORDERED**.

Dated: February 9, 2015

_____
Laurel Beeler
United States Magistrate Judge